MIED (Rev. 03/11) Prisoner Civil Rights Complaint



| Official Use Only | | |
|---|---|---|
| **Case Number** | **Judge** | **Magistrate Judge** |
| | | |

Case: 2:16-cv-10198
Judge: Steeh, George Caram
MJ: Morris, Patricia T.
Filed: 01-11-2016 At 12:08 PM
PRIS GARDNER V ST CLAIR COUNTY, ET
AL (AT)

POOR QUALITY ORIGINAL

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

Original

| Plaintiff's Information | | | |
|---|---|---|---|
| **Name** Eric Andrew Gardner | | **Prisoner No.** 287557 | |
| **Place of Confinement** OAKS CORRECTIONAL FACILITY | | | |
| **Street** 1500 Caberfae Hwy | **City** Manistee | **State** MI | **Zip Code** 49660 |
| **Are there additional plaintiffs?** ☐ Yes ☒ No | | | |

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.***

| Defendant's Information | | | |
|---|---|---|---|
| **Name** St. Clair County, City of Port Huron, Et. al. | | **Position** City, County Government officials, Cort officers | |
| **Street/P.O. Box** 201 McMorran Blvd | **City** Port Huron | **State** MI | **Zip Code** 48060 |
| **Are you suing this defendant in his/her:** ☐ Personal Capacity ☐ Official Capacity ☒ Both Capacities | | | |
| **Are you suing more than one defendant?** ☒ Yes ☐ No | | | |

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.***

1

ORIGINAL

Defendant(s) St. Clair County Government
Court Officials

Defendant # 1  Jean Gibson Sturtridge (P41627)
Position or Title: Former St. Clair County Prosecutor
Place of Employment: Port Huron Area School District
Address: 499 Range Rd, Marysville, Mi 48040-8000
Official and/or Personal Capacity: Official and Personal

Defendant # 2  Michael D. Wendling (P53976)
Position or Title: St. Clair County Prosecutor
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #3  Marylin Dunn
Position or Title: St. Clair County Court Clerk
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #4  Stephen T. Thomas (P21387)
Position or Title: St. Clair County Magistrate
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant(s)  St. Clair County Government
Court Officials

Defendant #5  Cynthia Sieman Platzer (P33811)
Position or Title: St. Clair County Judge
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #6  David C. Nicholson (P18286)
Position or Title: St. Clair County Judge
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #7  James P. Adair (P10029)
Position or Title: St. Clair County Judge
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #8  Timothy K. Morris (P40584)
Position or Title: St. Clair County Appellate Attorney
Place of Employment: St. Clair County Court Building
Address: 201 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant(s)  City of Port Huron Police Officers

Defendant #9   Joesph Danna
Position or Title: City of Port Huron Police Officer
Place of Employment: 100 McMorran Blvd, Port Huron MI 48060
Address: 100 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #10  Elaine Butts
Position or Title: City of Port Huron Police Officer
Place of Employment: Port Huron Police Department
Address: 100 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #11  Ernesto Fantin
Position or Title: City of Port Huron Police Officer
Place of Employment: Port Huron Police Department
Address: 100 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity: Official and Personal

Defendant #12  Paul Riddle
Position or Title: City of Port Huron Police Officer
Place of Employment: Port Huron Police Department
Address: 100 McMorran Blvd, Port Huron, MI 48060
Official and/or Personal Capacity. Official and Personal

Defendant(s) St. Clair County Government
Court Official

Defendant #13   Herman Campbell (P11549)
Position or Title: St. Clair County Magistrate
Place of Employment: St. Clair County Court House
Address: 201 McMorran Blvd, Port Huron, MI 48060
Home/office: 43577 River Bend Dr. N. Clinton twp
Official and/or Personal Capacity:          MI 48078
Official and Personal

II Statement of Facts Continued

Defendant #13 Herman Campbell (P11549) ON 01-02-02 authorized an Invalid Warrent against The Plaintiff (x8) which did NOT Contain Any Sworn Statement of Probable Cause That: "Anyone Committed Anything, Any Time, or Any Where"! By Anyone! Nor was the complaint before him had in fact been filed and Sworn to by Jurat despite his Signature of OATH Stating the Complaints had been filed and Sworn to when it is Obvious, They have NOT! This warrentless Arrest Continues to Violate The Plaintiff's Civil Rights. 28 USC §§ 241, 242, §§§ 371, 513, 514, §§§ 1621, 1622, 1623, Perjury Fed. Rule Civ Proc. Rule #59 Fraud Upon the Court False declaration of OATH rendering the Judgement VOID. Fed. Rules Civ. Proc. #60. See: Exhibit #5

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

See: Additional Pages

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

See: Additional Pages

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

1) Plaintiff demands Jury Trial. (2) Appoint Plaintiff counsel
28 USC §1915(e)(1) Who is Under Out Patient Mental Health Care

3

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

3) Grant Motion To Compel Discovery (4) Order St. Clair County 31st Circuit Court To Produce A Sworn Affidavit for Search Warrant, Produce All Eight Filed and Sworn Complaints and Warrants with Completed Returns; (5) Grant Motion for Summary Judgement / Default Judgement for The Plaintiff (6) Award Compensatory and especially Punitive damages for The Continuing and Ongoing irreparable Harm to the Plaintiff Against All Named and further Named Defendents in their Official and Personal Capacity (7) Order all defendents be served a Summons by way of U.S. Marshel.   Thank you.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on ___ /-4-/6 ___ (date).

_____ Eric Andrew Shudren _____

Signature of Plaintiff

4

# II. Statement of Facts

Defendant # 1 Jean Gibson Sturtridge (P41627) on 1-2-02, authorized the arrest of The Plaintiff Without a Filed and Sworn Complaints Thus not acquiring Criminal Subject Matter Jurisdiction and unlawfully prosecuting The Plaintiff's Jury Trial held on 10-29-02 Thru 11-5-02.

Defendant # 2 Michael D. Wendling (P53976) did Conspire to unlawfully prosecute The Plaintiff Without Acquiring Jurisdiction of The Criminal Subject Matter, Without Probable Cause for a Lawful Arrest of The Plaintiff. 10-29-02 thru 11-5-02.

Defendant #3 Marylin Dunn Fraudulenty Placed Non-filed, Non-Sworn Complaints and Warrants Into The Court file Case # 02-488-FC for further Court Processing.

Defendant #4 Stephen T. Thomas (P21387) on 12-31-01 Authorized A Search Warrant(s) of The Plaintiff's residence With invalid and unlawful Search Warrants, With No Oath or Affirmation That: Anyone Swore To Anything.

## II. Statement of Facts continued

Defendant #5 Judge Cynthia Sieman Platzer (P35811) on 1-02-02 did Knowingly Unlawfully arraign the Plaintiff with Non-filed, Non-Sworn Complaints, No Return on Warrants, and Falsely inserted the Plaintiff's Name into the reading of the Information.

Defendant #6 Judge David C. Nicholson (P18286) on 2-19-02 did Unlawful bind the Plaintiff over to Circuit Court Without Acquiring Jurisdiction of the Criminal Subject Matter without Certification Return to District Court on the Information.

Defendant #7 Judge James P. Adair (P10029) on 10-29-02 thru 11-5-02 did Unlawful and without Filed Complaints, Warrants, Certification Return on the Information to gain Any Jurisdiction over the District Court, Try the Plaintiff in Circuit Court, and Falsely inserted the Plaintiff's Name Into the reading of the Information

Defendant #8 Timothy K. Morris (P40584) Filed an Appellee Brief against the Plaintiff on 12-30-03 Without Jurisdiction of the Criminal Subject Matter with Fraudulent Means.

## II. Statement of Facts Continued

Defendant #9 Joesph Danna on 1-02-02 endorsed Eight Felony Complaints against The Plaintiff as The Complaining Witness who was Not Involved with Case Nor did he Swear on Any of The Complaints That Under Oath or Affimation. Anyone Committed Any thing.

Defendant #10 Elaine Butts. On April 3rd, 2002 did Testify Against The Allegations against The Plaintiff And Conspired with The prosecutor To Conceal her Testimony from Plaintiff. She And Prosecutor Conspired To Unlawfully Convict The Plaintiff by Suborning Perjured Testimony. On 10-29-02 Thru 11-5-02 at Plaintiff's Jury Trial.

Defendant #11 Ernesto Fontin. On 12-31-01 did Knowingly Use An _Invalid Search Warrant_ To Unlawfully enter The Plaintiff's residence. Where he Committed Perjury at Plaintiff's Trial on 10-29-02 Thru 11-5-02. And Commit Sexual Assault on Plaintiff.

Defendant #12 Paul Riddle. On 12-31-01 did Knowingly use an Invalid Search Warrant To Unlawfully Enter Plaintiff's house, and Commit Sexual Assault on Plaintiff, Committed Perjury at Plaintiff's Trial on 10-29-02 Thru 11-5-02

# III. Statement of Claims

<u>Claim # 1</u>  UNLAWFUL Search and Seizure by Use of fatally defective Search Warrant containing No declaration of Oath or Affirmation, No Jurat Certification to find Any Witness Credible of Anything. Nor do these Search Warrants Allow by any Statute, give defendant's #11 and #12 To fondle and Sexually Assault The Plaintiff's genitals. See: Exhibits #1, 2, 3, and Violating The Plaintiff US Constitutional 4th, 5th 8th, 14th Amendment Rights, Violating Federal Statutes 18 USC §§§ 513, 514, 1001(a) Perjury of Oath by Defendant's #4, #11, #12 Violating Plaintiff's Civil Rights by way of Perjury of Oath. §§§ 1621, 1622, 1623.

<u>Claim # 2</u>  VOID Judgement / Fraud Upon The Court where defendants # 1 thru #8 All Conspired To Un-lawfully convict The Plaintiff by their fraudulant Means of the Use of Fictious Court documents, Invalid Complaint and Warrants. See: Exhibits #4 and #5. Where on the Warrant it States: The Complaining Witness "HAS [Filed] a [Sworn] Complaint When The fact is... Defendant #9 HAS NOT! A Vio-lation of the Plaintiff's Civil Rights, 18 USC Rules #3, #4, #5, 18 USC §§§§§§§§§§§§§ 241, 242, 371, 513, 514, 1001(a), 1503, 1512, 1621, 1622, 1623. USCA 4, 5, 6, 14.

# EXHIBITS

# EXHIBIT 1

| Original Affidavit - Court      | 1st copy - Prosecutor  | 2nd copy - Serve  | 3rd copy - Issuing Judge |
| Original Warrant - Return       | 1st copy - Prosecutor  | 2nd copy - Serve  |                          |

| ~ATE OF MICHIGAN 72n**D**ISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO. |

*See following page for instructions*

Police Agency Report Number:  __01-21283__

Officer Ernesto Fantin   , affiant(s), state that:

1. The person, place, or thing to be searched is described as and is located at:  Eric Andrew Gardner, white male, DOB 12/16/1965, 518 Glenwood Avenue. This is a two story multi-family duplex with a basement. This has off-white colored siding. The address numbers are affixed to a post on the porch and the entry door is on the west side of the home facing Glenwood Avenue.

2. The PROPERTY to be searched for and seized, if found, is specifically described as: To examine and photograph the body of ERIC GARDNER in particular his upper left leg and groin area. All bedding off from the three beds in the home. Any and all items relating to sexually explicit visual and/or auditory materials, in all formats including digital or electronic. Any and all records pertaining to the production or distribution and display of such sexually explicit materials, photos, videos, magazines, mailing lists, computer equipment, computer disc, correspondence and records. Any and all cameras, lighting equipment, VCR's, and other means of production and display.

3. The FACTS establishing probable cause of the grounds for search are:

A.  Affiant is a police officer with the Port Huron Police Department.  Affiant has been a police officer with our department for five years.  Affiant is investigating an alleged criminal sexual conduct complaint involving two minor children, ages 13 and 14.

B.  On December 31, 2001 at approximately 11:00 a.m. TIFFANY LASHBROOK (age 13) and her sister AUBREE LASHBROOK (age 14) came into the Port Huron Police Department to report that they are being sexually abused by their mother's live-in boyfriend ERIC GARDNER.

C.  TIFFANY LASHBROOK and AUBREE LASHBROOK state that ERIC GARDNER is the live-in boyfriend of their mother AMY LASHBROOK.

D.  TIFFANY LASHBROOK states that over the last four years that ERIC GARDNER has been sexually assaulting her. She states that ERIC GARDNER has had intercourse with her approximately two hundred (200) times since she was eleven years old and that he had fondled her and committed other sexual acts on her in addition prior to age eleven.  She states that ERIC GARDNER has forced her to perform oral sex on him approximately fifty (50) times and that he has performed oral sex on her approximately fifty (50) times.  She also stated that ERIC GARDNER has penetrated her vagina with his fingers and had anal intercourse with her on one occasion.

E.  TIFFANY LASHBROOK states that the last time that ERIC GARDNER had intercourse with her was on December 26, 2001 at approximately 7:00 p.m.  She stated that this was in her mother's and ERIC GARDNER's bed. TIFFANY LASHBROOK stated that there is a light colored sheet on the bed that has all of the colors in it fading along with a maroon colored comforter and there may be additional bedding on this bed.

F.  TIFFANY LASHBROOK states that when she was approximately eleven years old that while ERIC GARDNER was having intercourse with her that he put a pornographic video tape in a VCR there in the home and watched three scenes on this tape while having sex with her.  She is unsure if the video tape is still in the home.

G.  TIFFANY LASHBROOK states that while performing oral sex on ERIC GARDNER that she was able to see a scar that ERIC GARDNER has on the upper portion of his left leg. She stated that the scar goes up to the side of his scrotum and that she also has seen a birthmark on his upper left leg that would not be normally visible.

H.  AUBREE LASHBROOK states that over the past three to four years that ERIC GARDNER has had sexual intercourse with her approximately twenty (20) times, that she has performed oral sex on him approximately twenty-five (25) times, and that he has performed oral sex on her approximately six (6) times.

I.  AUBREE LASHBROOK states that ERIC GARDNER had sexual intercourse with her approximately three and a half months ago in her bed.  At that time ERIC GARDNER ejaculated on her stomach and she states that she wiped the semen off from her stomach onto her comforter.  She described this comforter as white in color with pink flowers on it.  She also stated that there is a 49's blanket on her bed which may have also had semen on it along with her bed sheets.  AUBREE LASHBROOK stated that since they have had intercourse on her bed that the bedding has not been cleaned.

J.  AUBREE LASHBROOK also stated to the Affiant that she observed a scar on the upper left leg of ERIC GARDNER as described by TIFFANY LASHBROOK along with the birthmark.  AUBREE LASHBROOK also stated that one of ERIC GARDNER's testicles is smaller than the other and that she believed that the one that is the smallest is on his left side that being the side where the scar is at.

K.  TIFFANY LASHBROOK told the Affiant that approximately three years ago that she had reported that ERIC GARDNER had been sexually assaulting her.  She stated that she had told her school counselor at Michigan...

School about this and that it had been reported to the St. Clair County Sheriff Department. Affiant did check with the Sheriff Department Records Bureau and confirmed that this report had been made, that being report #98-33197.

This affidavit consists of __2__ pages.

_____
Affiant

Review on _12-31-01_

by _Mary Kay Kelly_
Prosecuting official

Subscribed and sworn to before me on _12-31-01_

_____
Judge/Magistrate

DC 231 (6/94) AFFIDAVIT FOR SEARCH WARRANT

# **EXHIBIT 2**

| STATE OF MICHIGAN<br>72DISTRICT COURT | SEARCH WARRANT | CASE NO. |
|---|---|---|

Police Agency
Report Number: _____

**TO THE SHERIFF OR ANY PEACE OFFICER:**

__, has sworn to the attached affidavit regarding the following:

1. The person, place, or thing to be searched is described as and is located at:

2. The PROPERTY to be searched for and seized, if found, is specifically described as:

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: **12-31-01**
Date

~~Judge~~/Magistrate     P21387

Bar no.

### RETURN AND TABULATION

Search was made **12-31-01** and the following property was seized:

BEDDING FROM ALL THREE BEDROOMS INCLUDING PILLOWCASES, SHEETS & COMFORTERS

PORNOGRAPHIC VIDEO TAPE

- photographs of ERIC GARDNER   1-1-02

__ Continued on reverse side

_Ernest M. Franklin_
Officer

Copy of affidavit, warrant, and tabulation served on: __578 GLENWOOD / ERIC GARDNER__
                                                                    Name

Tabulation filed: __12/31/01 – 1/1/02__
                      Date

**DC 231** (6/94) **AFFIDAVIT AND SEARCH WARRANT**

| STATE OF MICHIGAN 72 DISTRICT COURT | SEARCH WARRANT | CASE NO. |
|---|---|---|

Police Agency
Report Number: _____

## TO THE SHERIFF OR ANY PEACE OFFICER:

___, has sworn to the attached affidavit regarding the following:



1. The person, place, or thing to be searched is described as and is located at:

2. The PROPERTY to be searched for and seized, if found, is specifically described as:

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: **12-31-01**
Date

_Stephen T. Thomas_ P21387
Judge/Magistrate          Bar no.

### RETURN AND TABULATION

Search was made ____**12-31-01**____ and the following property was seized:

- Bedding from All Three Bedrooms Including Pillowcases, Sheets, & Comforters
- Pornographic VideoTape

Photographs of Eric GARDNER

(#2 cont)

_ Continued on reverse side

Officer

Copy of affidavit, warrant, and tabulation served on: ___518 GLENWOOD / ERIC GARNER___
                                                          Name

Tabulation filed: _12/31/01 - 1/1/02_
                     Date

**DC 231 (6/94) AFFIDAVIT AND SEARCH WARRANT**

# **EXHIBIT 3**

COMPLAINT 01-21283
OFFENSE:  SUPP - CSC
01/01/02   9:20AM



INITIAL INFORMATION
On above date and time I responded along with Officers Fantin and
Seghi to 612 Taylor Street, #6, to make contact and place under
arrest the suspect, ERIC ANDREW GARDNER, for the CSC offense.  I
responded around back of the residence and was advised shortly
there after that Officers Seghi and Fantin were out with the
subject and had him in custody.  I then responded and picked up
my vehicle, driving it to the parking lot in front of the
residence.  The subject was brought out of the residence by
Officer Seghi.  He was handcuffed in front and I then transported
him back to the PHPD for further interviews by Officer Fantin as
well as additional investigation reference this incident.

PROCESS
Upon arriving at the PHPD, I did open the door so that MR.
GARDNER could exit and then I showed him into the processing area
where I then processed him for the arrest for which he was
fingerprinted and photographed.

SUBJECT STATEMENTS
Upon asking GARDNER about past history of mental incidents or
suicide attempts, he stated, "Suicidal?  After today I am."

It should be noted that while being processed at the SCC Jail
before placing him into the cell he was asked if he was suicidal
and he indicated to Corrections Officer Folski (unknown spelling)
that he was.

PHOTOGRAPH
Prior to having him processed at the jail, I was directed by
Officer Fantin, who had a search warrant with him, that
photographs needed to be taken of GARDNER'S genitals.  Several
photos were taken using the department issued 35mm autofocus
camera.  The film was rewound and left at the desk clerk's
station to be transported for processing.

While taking the photos, I did take a photo of GARDNER'S
testicles and it did appear that one was smaller than the other,
possibly because one of the testicles was hanging lower than the
other.  Furthermore, I was unable to see any scars clearly due to
the fact that GARDNER is very hairy on his legs, groin, and
stomach area.  I attempted to move some hair to look further or
closer for a scar and was unable to find one.

STATUS
Closed.

RIDDELL/gjk

# EXHIBIT 4

Information - Circuit court
Original complaint - Court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

Approved, SCAO
Key: 2002000004 TA

| STATE OF MICHIGAN | COMPLAINT | CASE NO. |
|---|---|---|
| 72nd JUDICIAL DISTRICT | FELONY | |
| 31st JUDICIAL CIRCUIT | | DISTRICT CIRCUIT 02P00053F |

District Court ORI: MI-                    Circuit Court ORI: MI-

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name and address ERIC ANDREW GARDNER 518 Glenwood Avenue PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|---|
| Co-defendant(s) | | | Complaining witness DET. DANNA |
| | | | Date: On or about 9/98-12/26/2001 |

| City/Twp./Village City of Port Huron | County in Michigan St. Clair | Defendant CTN 74-02000004-01 | Defendant SID 1421398K | Defendant DOB 12/16/196 |
|---|---|---|---|---|
| Police agency report no. PHPD-01-21283 | Charge See Below | | Maximum penalty See Below | |
| Witnesses | | | Defendant DLN C-635-234-067-954 | |

STATE OF MICHIGAN, COUNTY OF St. Clair .

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

HABITUAL OFFENDER - THIRD OFFENSE NOTICE
    Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about December 22, 1998, he or she was convicted of the offense of Attempted Larceny in a Building in violation of MCL 750.360[A] in the 31st Circuit Court for St. Clair County, state of Michigan; and that on or about June 8, 1998, he or she was convicted of the offense of Uttering and Publishing in violation of MCL 750.249 in the 31st Circuit Court for St. Clair County, state of Michigan.
    Therefore, defendant is subject to the penalties provided by MCL 769.11; MSA 28.1083. [769.11]
PENALTY: Twice the maximum sentence on primary offense or lesser term

*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 1-2-02 by: Date | Complaining witness signature |
|---|---|
| *Jean G. Sturtridge* Prosecuting official | Subscribed and sworn to before me on 1-2-02 Date |
| ☐ Security for costs posted | *Kimson Campbell* P11549 Judge/Magistrate/Clerk          Bar no. |

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint
COURT COPY-COMPLAINT

Approved, SCAO  Key: 2002000004 TA

Information - District/Circuit court
Original complaint - Court
Warrant - Court
Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN | COMPLAINT | CASE NO. |
|---|---|---|
| 72nd JUDICIAL DISTRICT 31st JUDICIAL CIRCUIT | FELONY | DISTRICT CIRCUIT  02 P 00053 |

District Court ORI: MI-              Circuit Court ORI: MI-

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN  v | ERIC ANDREW GARDNER 518 Glenwood Avenue PORT HURON, MI 48060 | Complaining witness DET. DANNA |
| Co-defendant(s) | | Date: On or about 9/98-12/26/2001 |

| City/Twp./Village | County in Michigan | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|
| City of Port Huron | St. Clair | 74-02000004-01 | 1421398K | 12/16/196 |

| Police agency report no. | Charge | Maximum penalty |
|---|---|---|
| PHPD-01-21283 | See Below | See Below |

Defendant DLN: G-635-234-067-954

Witnesses

**STATE OF MICHIGAN, COUNTY OF** St. Clair                .

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 1  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  oral-fellatio, with Tiffany Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]

HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-


*ON INFORMATION, BELIEF & OTHER EVIDENCE


The complaining witness asks that defendant be apprehended and dealt with according to law

Warrant authorized on _1-2-02_ by:

Prosecuting official

☐ Security for costs posted

Complaining witness signature

Subscribed and sworn to before me on _1-2-02_

Judge/Magistrate/Clerk                     Bar no.

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq., MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq., MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint

Approved, SCAO    Key: 2002000004 TA

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT  02 P0005 3F |

District Court ORI: MI-          Circuit Court ORI: MI-

| | | |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN    v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
| Co-defendant(s) | | Complaining witness<br>DET. DANNA<br>Date: On or about<br>9/98-12/26/2001 |

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/19 |
|---|---|---|---|---|
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

---

STATE OF MICHIGAN, COUNTY OF ___St. Clair___

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 2  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  oral-cunnilingus, with Tiffany Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on  1-2-02  by:<br>_Jean M Sturbridge_<br>Prosecuting official<br>☐ Security for costs posted | Complaining witness signature<br><br>Subscribed and sworn to before me on  1-2-02<br>_Lumen Campbell_ P15549<br>Judge/Magistrate/Clerk          Bar no. |

MC 200  (4/89)  FELONY SET, Complaint

Approved, SCAO   Rev. 2002000004 Ta

| | | | |
|---|---|---|---|
| STATE OF MICHIGAN<br>72nd **JUDICIAL DISTRICT**<br>31st **JUDICIAL CIRCUIT** | **COMPLAINT**<br>**FELONY** | **DISTRICT**<br>**CIRCUIT** | CASE NO. |

District Court ORI: MI-                    Circuit Court ORI: MI-

| Defendant's name and address | Victim or complainant |
|---|---|
| **THE PEOPLE OF THE**<br>**STATE OF MICHIGAN**  v  ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 | Complaining witness<br>DET. DANNA |

Co-defendant(s)                                          Date: On or about  9/98-12/26/2001

| City/Twp./Village | County in Michigan | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|
| City of Port Huron | St. Clair | 74-02000004-01 | 1421398K | 12/16/196 |

| Police agency report no. | Charge | Maximum penalty |
|---|---|---|
| PHPD-01-21283 | See Below | See Below |

Witnesses                                          Defendant DLN
G-635-234-067-954

**STATE OF MICHIGAN, COUNTY OF** St. Clair

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 3  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit:  vaginal penetration, with Tiffany Lashbrook,
under the following existent circumstance(s), to-wit:  said victim being under age 13
and/or said victim was at least 13 but less than 16 years of age and defendant and victim
were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing
-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on 1-2-02  by:<br>_Gary L. Sturtridge_<br>Prosecuting official<br>☐ Security for costs posted | _____<br>Complaining witness signature<br>Subscribed and sworn to before me on  1-2-02<br>Date<br>_Vincen Campbell_  P11549<br>Judge/Magistrate/Clerk         Bar no. |

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.101

MC 200  (4/89)  **FELONY SET, Complaint**

Approved, SCAO   Key: 2002000004 TA

| STATE OF MICHIGAN | COMPLAINT | CASE NO. |
|---|---|---|
| 72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | FELONY | DISTRICT<br>CIRCUIT 02P00053 F |

District Court ORI: MI-          Circuit Court ORI: MI-

| THE PEOPLE OF THE STATE OF MICHIGAN v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|
| | | Complaining witness<br>DET. DANNA |
| Co-defendant(s) | | Date: On or about<br>9/98-12/26/2001 |

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/196 |
|---|---|---|---|---|
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

STATE OF MICHIGAN, COUNTY OF ___St. Clair_____.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 4  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit:  anal penetration, with Tiffany Lashbrook,
under the following existent circumstance(s), to-wit:  said victim being under age 13
and/or or said victim was at least 13 but less than 16 years of age and defendant and
victim were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-


*ON INFORMATION, BELIEF & OTHER EVIDENCE


The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on _1-2-02_ by: | Complaining witness/signature |
|---|---|
| Prosecuting official | Subscribed and sworn to before me on _1-2-02_ |
| ☐ Security for costs posted | Judge/Magistrate/Clerk          P11549      Bar no. |

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint

COURT COPY COMPLAINT

Approved, SCAO  Key: 2002000004 TA

Information - Circuit court
Original complaint court
Warrant - Court
Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT O2P000S3F? |
|---|---|---|

District Court ORI: MI-                    Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|---|

Complaining witness
DET. DANNA

Date: On or about
9/98-12/26/2001

Co-defendant(s)

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/19( |
|---|---|---|---|---|

| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | Maximum penalty<br>See Below |
|---|---|---|

Defendant DLN
G-635-234-067-954

Witnesses

**STATE OF MICHIGAN, COUNTY OF** St. Clair .

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 5  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  oral-fellatio, with Aubree Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]

HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.

FELONY:  Life; mandatory AIDS/STD testing


-CONTINUED-


*ON INFORMATION, BELIEF & OTHER EVIDENCE


The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 1-2-02 by:<br>Jean G Stutteridge<br>Prosecuting official<br>☐ Security for costs posted | Complaining witness signature<br>Subscribed and sworn to before me on 1-2-02 Date<br>Norman Campbell P11549<br>Judge/Magistrate/Clerk          Bar no. |
|---|---|

MCL 764.1 et seq., MSA 28.860 et seq., MCL 766.1 et seq., MSA 28.919 et seq., MCL 767.1 et seq., MSA 28.941 et seq., MCR 6.101

MC 200  (4/89) **FELONY SET, Complaint**

Approved, SCAO

Key: 2002000004 TA

| | | |
|---|---|---|
| Original complaint - Court | Complaint Copy - Prosecutor | |
| Warrant | Complaint Copy - Defendant/Attorney | |

STATE OF MICHIGAN
72nd JUDICIAL DISTRICT
31st JUDICIAL CIRCUIT

**COMPLAINT
FELONY**

CASE NO.

DISTRICT
CIRCUIT 02 P0003F

District Court ORI: MI-

Circuit Court ORI: MI-

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|---|
| | | | Complaining witness<br>DET. DANNA |

Co-defendant(s)

Date: On or about
9/98-12/26/2001

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/196 |
|---|---|---|---|---|

Police agency report no.
PHPD-01-21283

Charge
See Below

Maximum penalty
See Below

Witnesses

Defendant DLN
G-635-234-067-954

**STATE OF MICHIGAN, COUNTY OF** St. Clair

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 6  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT – FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  oral-cunnilingus, with Aubree Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]

HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.

FELONY:  Life; mandatory AIDS/STD testing

–CONTINUED–

*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on 1-2-02 by:

_Jan G Starbridge_
Prosecuting official

☐ Security for costs posted

Complaining witness signature

Subscribed and sworn to before me on 1-2-02

Judge/Magistrate/Clerk          Bar no. P11549

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.; MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint

Approved, SCAO

Information - Circuit court
Original complaint - Court
Warrant - Court

Bind over transfer - Circuit court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

Key: 2002000004 TA

| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT 02P00 0S3FY |
|---|---|---|

District Court ORI: MI-        Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|---|

Complaining witness
DET. DANNA

Co-defendant(s)

Date: On or about
9/98-12/26/2001

| City/Twp./Village | County in Michigan | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|
| City of Port Huron | St. Clair | 74-02000004-01 | 1421398K | 12/16/196 |

Police agency report no.
PHPD-01-21283

Charge
See Below

Maximum penalty
See Below

Defendant DLN
G-635-234-067-954

Witnesses

STATE OF MICHIGAN, COUNTY OF St. Clair

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 7   Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit: vaginal penetration, with Aubree Lashbrook,
under the following existent circumstance(s), to-wit: said victim being under age 13
and/or said victim was at least 13 but less than 16 years of age and defendant and victim
were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on  1-2-02  by:

Prosecuting official

☐ Security for costs posted

Complaining witness signature

Subscribed and sworn to before me on  1-2-02

Judge/Magistrate/Clerk        P11548        Bar no.

MCL 764.1 et seq.; MSA 28.860 et seq.; MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.;
MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint

Approved, SCAO

Key: 2002000004 TA

Information - Circuit court
Original complaint - Court
Warrant/Summons
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT O2P00053F. |
|---|---|---|

District Court ORI: MI-                     Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 | Victim or complainant<br><br>Complaining witness<br>DET. DANNA |
|---|---|---|---|

Co-defendant(s)

Date: On or about
9/98-12/26/2001

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/19( |
|---|---|---|---|---|

| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | Maximum penalty<br>See Below |
|---|---|---|

Witnesses                                         Defendant DLN
G-635-234-067-954

STATE OF MICHIGAN, COUNTY OF___St. Clair_____.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

COUNT 8  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit:  anal penetration, with Aubree Lashbrook, under
the following existent circumstance(s), to-wit:  said victim being under age 13 and/or
said victim was at least 13 but less than 16 years of age and defendant and victim were
members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

—CONTINUED—


*ON INFORMATION, BELIEF & OTHER EVIDENCE

The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on _1-2-02_____ by:<br>Date<br>_Jean G Sturbridge_<br>Prosecuting official<br>☐ Security for costs posted | Complaining witness signature<br><br>Subscribed and sworn to before me on _1-2-02_<br>Date<br>_Herman Clampbill_  P11547<br>Judge/Magistrate/Clerk                    Bar no |
|---|---|

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.
MCR 6.101

MC 200  (4/89)  FELONY SET, Complaint

# EXHIBIT 5

Approved, SCAO     Key: 2002000004 TA

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | WARRANT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT  02PD0052F8 |

District Court ORI: MI-                                   Circuit Court ORI: MI-

| | |
|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN  v | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 |

| | | |
|---|---|---|
| Victim or complainant | | |
| Complaining witness<br>DET. DANNA | | |
| Date: On or about<br>9/98-12/26/2001 | | |

Co-defendant(s)

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
|---|---|---|---|---|

| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | Maximum penalty<br>See Below |
|---|---|---|

| Witnesses | Defendant DLN<br>G-635-234-067-954 |
|---|---|

---

**STATE OF MICHIGAN, COUNTY OF** St. Clair .
**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

HABITUAL OFFENDER - THIRD OFFENSE NOTICE
   Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about December 22, 1998, he or she was convicted of the offense of Attempted Larceny in a Building in violation of MCL 750.360[A] in the 31st Circuit Court for St. Clair County, state of Michigan; and that on or about  June 8, 1998, he or she was convicted of the offense of Uttering and Publishing in violation of MCL 750.249 in the 31st Circuit Court for St. Clair County, state of Michigan.
   Therefore, defendant is subject to the penalties provided by MCL 769.11; MSA 28.1083.  [769.11]
PENALTY:  Twice the maximum sentence on primary offense or lesser term

*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____ .

| 1-02-02 | | | P11549 |
|---|---|---|---|
| Date | (SEAL) | Judge/Magistrate | Bar no. |

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200  (6/91)  **FELONY SET, Warrant**

**RETURN**

As ordered in this warrant, the defendant was arrested on _____ at _____

Date _____   Time

at _____
Place of arrest

_____         _____
Date                                    Peace officer

POOR QUALITY ORIGINAL

Approved, SCAO Key: 2002000004 TA

Original complaint - Court
Warrant - Court

Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN 72nd JUDICIAL DISTRICT 31st JUDICIAL CIRCUIT | WARRANT FELONY | CASE NO. |
|---|---|---|
| | | DISTRICT CIRCUIT 62 P O 0053 FY |

District Court ORI: MI-                                    Circuit Court ORI: MI-

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address ERIC ANDREW GARDNER 518 Glenwood Avenue PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|
| | | Complaining witness DET. DANNA |
| Co-defendant(s) | | Date: On or about 9/98-12/26/2001 |

| City/Twp./Village City of Port Huron | County in Michigan St. Clair | Defendant CTN 74-02000004-01 | Defendant SID 1421398K | Defendant DOB 12/16/1965 |
|---|---|---|---|---|
| Police agency report no. PHPD-01-21283 | Charge See Below | | Maximum penalty See Below | |
| Witnesses | | | Defendant DLN G-635-234-067-954 | |

**STATE OF MICHIGAN, COUNTY OF** St. Clair .
**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 1 Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit: oral-fellatio, with Tiffany Lashbrook, under the following existent circumstance(s), to-wit: said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b. [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY: Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

EXTRADITION
AUTHORIZATION
YES
NO
APA

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____.

1-02-02                                    Date
Date                    (SEAL)         Judge/Magistrate        P 1599
                                                                Bar no.

**See return on reverse side.**

**RETURN**

As ordered in this warrant, the defendant was arrested on ______________________ at ______________
Date Time

at ______________________________________________
Place of arrest

______________________ ______________________________________________
Date Peace officer

POOR QUALITY ORIGINAL

Approved, SCAO  Key: 2002000004 TA

Information - Circuit court
Warrant - Court
Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Court/Prosecutor
Complaint copy - Defendant/Attorney
Original copy - Court

| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | WARRANT<br>FELONY | CASE NO. |
|---|---|---|
| | | DISTRICT<br>CIRCUIT  02 P000 S3F7 |

District Court ORI: MI-　　　　　　　　　　　Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 | Victim or complainant |
|---|---|---|
| | | Complaining witness<br>DET. DANNA |
| Co-defendant(s) | | Date: On or about<br>9/98-12/26/2001 |

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
|---|---|---|---|---|
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

STATE OF MICHIGAN, COUNTY OF ___St. Clair___.

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 2  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit: oral-cunnilingus, with Tiffany Lashbrook,
under the following existent circumstance(s), to-wit: said victim being under age 13
and/or said victim was at least 13 but less than 16 years of age and defendant and victim
were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
　　Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____

_1-02-02_
Date　　　　　　　　　　(SEAL)　　　　　　Judge/Magistrate　　　　　　　　　　Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200  (6/91)  **FELONY SET, Warrant**

COURT COPY WARRANT

**RETURN**

As ordered in this warrant, the defendant was arrested on _____ at _____

Date                          Time

at _____

Place of arrest

_____

Date

_____

Peace officer

POOR QUALITY ORIGINAL

Approved, SCAO

Information - Circuit court
Original Complaint court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

Rev: 2002000004 TA

| STATE OF MICHIGAN<br>72nd **JUDICIAL DISTRICT**<br>31st **JUDICIAL CIRCUIT** | **WARRANT**<br>**FELONY** | **CASE NO.**<br>**DISTRICT**<br>**CIRCUIT** 02 P00053 Fx |
|---|---|---|

District Court ORI: MI-                                      Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|
| | | Complaining witness<br>DET. DANNA |
| Co-defendant(s) | | Date: On or about<br>9/98-12/26/2001 |

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
|---|---|---|---|---|
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

**STATE OF MICHIGAN, COUNTY OF** St. Clair .

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 3 Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit: vaginal penetration, with Tiffany Lashbrook,
under the following existent circumstance(s), to-wit: said victim being under age 13
and/or said victim was at least 13 but less than 16 years of age and defendant and victim
were members of the same household; contrary to MCL 750.520b. [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant. If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY: Life; mandatory AIDS/STD testing
-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____

1-02-02
Date                          (SEAL)          Judge/Magistrate    Date  P17549    Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 765.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200 (6/91) **FELONY SET, Warrant**

COURT COPY WARRANT

**RETURN**

As ordered in this warrant, the defendant was arrested on _____ Date _____ at _____ Time

at _____
Place of arrest

_____
Date

_____
Peace officer

**POOR QUALITY ORIGINAL**

Approved, SCAO

Information - Circuit court
Original complaint - Court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

Key: 2002000004 TA

| STATE OF MICHIGAN<br>72nd  **JUDICIAL DISTRICT**<br>31st  **JUDICIAL CIRCUIT** | **WARRANT<br>FELONY** | **CASE NO.**<br>**DISTRICT**<br>**CIRCUIT**  02P0005 3F8 |
|---|---|---|

District Court ORI: MI-                                        Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN -v- | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 | Victim or complainant<br><br>Complaining witness<br>DET. DANNA |
|---|---|---|

| Co-defendant(s) | | Date: On or about<br>9/98-12/26/2001 | | |
|---|---|---|---|---|
| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

STATE OF MICHIGAN, COUNTY OF  St. Clair                    .

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 4  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  anal penetration, with Tiffany Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY: Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____ .

1-02-02                                            Herman Campbell  P11547
Date                                          (SEAL)        Judge/Magistrate          Date          Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq.; MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200  (6/91)  **FELONY SET, Warrant**

**RETURN**

As ordered in this warrant, the defendant was arrested on

Date _____ at _____ Time

at _____ .

Place of arrest

Date

Peace officer

*POOR QUALITY ORIGINAL*

Approved, SCAO   Key: 2002000004 TA

Information - Circuit court        Bind over/Transfer - Circuit/Juvenile court
Original Complaint - Court          Complaint copy - Prosecutor
Warrant - Court                     Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 72nd **JUDICIAL DISTRICT** | **WARRANT** | |
| 31st **JUDICIAL CIRCUIT** | **FELONY** | **DISTRICT** |
| | | **CIRCUIT** O2P0005GF |

District Court ORI: MI-                                      Circuit Court ORI: MI-

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address ERIC ANDREW GARDNER 518 Glenwood Avenue PORT HURON, MI   48060 | Victim or complainant |
| | | Complaining witness DET. DANNA |
| Co-defendant(s) | | Date: On or about 9/98-12/26/2001 |

| City/Twp./Village City of Port Huron | County in Michigan St. Clair | Defendant CTN 74-02000004-01 | Defendant SID 1421398K | Defendant DOB 12/16/1965 |
|---|---|---|---|---|
| Police agency report no. PHPD-01-21283 | Charge See Below | | Maximum penalty See Below | |
| Witnesses | | | Defendant DLN G-635-234-067-954 | |

---

**STATE OF MICHIGAN, COUNTY OF** ___St. Clair___ .

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 5  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  oral-fellatio, with Aubree Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim was at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]

HIV/STD TESTING NOTICE
       Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.

FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-


*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____ .

1-02-02                                                                        P11549
Date                          (SEAL)                    Judge/Magistrate                    Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200  (6/91)  **FELONY SET, Warrant**

COURT COPY-WARRANT

**RETURN**

As ordered in this warrant, the defendant was arrested on ______________________ at ______________
Date Time

at ________________________________________________.
Place of arrest

________________________ ________________________________________
Date Peace officer

POOR QUALITY ORIGINAL

Information - Circuit court
Original Complaint - Court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

Approved, SCAO  Key: 2002000004 TA

| STATE OF MICHIGAN<br>72nd **JUDICIAL DISTRICT**<br>31st **JUDICIAL CIRCUIT** | **WARRANT**<br>**FELONY** | **CASE NO.**<br>**DISTRICT**<br>**CIRCUIT** O2P00053Fr |

District Court ORI: MI-                                      Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI  48060 | Victim or complainant |
| | | Complaining witness<br>DET. DANNA |
| Co-defendant(s) | | Date: On or about<br>9/98-12/26/2001 |

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | | Maximum penalty<br>See Below | |
| Witnesses | | | Defendant DLN<br>G-635-234-067-954 | |

---

**STATE OF MICHIGAN, COUNTY OF** St. Clair                    .
**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 6  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit:  oral-cunnilingus, with Aubree Lashbrook, under
the following existent circumstance(s), to-wit:  said victim being under age 13 and/or
said victim was at least 13 but less than 16 years of age and defendant and victim were
members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
     Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit
court or recorder's court, the district court judge shall order the defendant to be
tested for venereal disease, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved
sexual penetration or exposure to a body fluid of the defendant.  If the district judge
determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE.

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____ .

1-02-02                                                         P11549
Date                                      (SEAL)     Judge/Magistrate                Date          Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq., MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.,
MCR 6.102

MC 200  (6/91)  **FELONY SET, Warrant**

**RETURN**

**As ordered in this warrant, the defendant was arrested on** _____ **at** _____

Date                                    Time

**at** _____
Place of arrest

_____                        _____
Date                                    Peace officer

POOR QUALITY ORIGINAL

Approved, SCAO Key: 2002000004 TA

Information - Circuit court
Original complaint - Court
Warrant - Court

Bind over/Transfer - Circuit/Juvenile court
Complaint copy - Prosecutor
Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN<br>72nd JUDICIAL DISTRICT<br>31st JUDICIAL CIRCUIT | WARRANT<br>FELONY | CASE NO.<br>DISTRICT<br>CIRCUIT  02P0005ƷFr |
|---|---|---|

District Court ORI: MI-                                      Circuit Court ORI: MI-

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>ERIC ANDREW GARDNER<br>518 Glenwood Avenue<br>PORT HURON, MI 48060 | Victim or complainant |
|---|---|---|

Complaining witness
DET. DANNA

Co-defendant(s)

Date: On or about
9/98-12/26/2001

| City/Twp./Village<br>City of Port Huron | County in Michigan<br>St. Clair | Defendant CTN<br>74-02000004-01 | Defendant SID<br>1421398K | Defendant DOB<br>12/16/1965 |
|---|---|---|---|---|

| Police agency report no.<br>PHPD-01-21283 | Charge<br>See Below | Maximum penalty<br>See Below |
|---|---|---|

Witnesses

Defendant DLN
G-635-234-067-954

STATE OF MICHIGAN, COUNTY OF ___St. Clair___ .

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 7  Defendant(s) 01 CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) did engage in sexual penetration, to-wit:  vaginal penetration, with Aubree Lashbrook, under the following existent circumstance(s), to-wit:  said victim being under age 13 and/or said victim being at least 13 but less than 16 years of age and defendant and victim were members of the same household; contrary to MCL 750.520b.  [750.520B]
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129; MSA 14.15(5129), upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for venereal disease, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant.  If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY:  Life; mandatory AIDS/STD testing

-CONTINUED-

*ON INFORMATION, BELIEF & OTHER EVIDENCE

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense.  **THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN,** I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ _____ is posted as interim bail by _____ .

1-02-02
Date

(SEAL)

Judge/Magistrate          Date  P715*9

Bar no.

**See return on reverse side.**

MCL 764.1 et seq.; MSA 28.860 et seq.; MCL 766.1 et seq.; MSA 28.919 et seq.; MCL 767.1 et seq.; MSA 28.941 et seq.;
MCR 6.102

MC 200  (5/91)  **FELONY SET, Warrant**

COURT COPY-WARRANT

**RETURN**

As ordered in this warrant, the defendant was arrested on _____ at _____
Date    Time

at _____
Place of arrest

_____        _____
Date                            Peace officer

POOR QUALITY ORIGINAL